UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>           Petitioner,<br><br>  vs.<br><br>CONSTANZA ETRO, KEAN ETRO,<br>and BUREAU OF PRISONS,<br><br>           Respondents. | NO.  CV-08-182-JPH<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION AND TRANSFERRING<br>HABEAS ACTION |

BEFORE THE COURT is Magistrate Judge Hutton's Report and Recommendation to transfer this action to the United States District Court for the District of South Carolina.  There being no objections, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 2) is **ADOPTED in its entirety**.  No ruling has been made on the merits of the Petition or on any other pending motion.

    **IT IS SO ORDERED.**  The District Court Executive is **DIRECTED** to enter this Order, forward a copy to Plaintiff, **TRANSFER** this action to the United States District Court for the District of South Carolina, and close the file in this District.

    **DATED** this   3rd   day of July, 2008.

                                           *s/Lonny R. Suko*

                                          LONNY R. SUKO<br>                             UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND TRANSFERRING HABEAS ACTION -- 1